ACCEPTED
03-14-00737-CV
7681882
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 2:02:25 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 2:02:25 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

_____

CHASE CARMEN HUNTER, APPELLANT v. DAVID MATTAX IN HIS

OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE AND THE

TEXAS DEPARTMENT OF INSURANCE, APPELLEES

_____

ORIGINAL VERIFIED MOTION TO PROCEED IN FORMA

PAUPERIS PURSUANT TEXAS RULE OF APPELLATE PROCEDURE

RULE 20 ET SEQ.

_____

Chase Carmen Hunter, pro se
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

TO THE HONORABLE JUSTICES OF THIS COURT:

The above-named Appellant, herein referred to as "Hunter", hereby files this Original Verified Motion To Proceed In Forma Pauperis and would respectfully show the Court as follows:

Hunter incorporates by reference her Supplement To Appellant's Brief (filed on October 29, 2015) and her Second Supplement To Appellant's Brief (filed on November 3rd or 4th, 2015.)

The underlying court record shows that there are gross errors and inconsistencies and Hunter discovered, inter alia, that:

1) There is no notice of court setting dated in June 2014 or any other time,

2) There is no dismissal order dated August 25, 2014, or any other time in the record shown at https://courts.co.travis.tx.us/CCO/ which Travis County Texas District Court ("TCTDC") calls "Civil Courts Online" or "CCO",

3) The clerk of the underlying court ("TCTDC Clerk") erroneously filed Hunter's Motion To Reinstate (September 2014) as a "Notice of Appeal", and

4) There is no "contest" filed by the Appellees to Hunter's ORIGINAL VERIFIED MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS PURSUANT TEXAS RULE OF APPELLATE PROCEDURE RULE 20 ET SEQ. which Hunter filed with the TCTDC Clerk on November 24, 2014.

Therefore, the order entered by the underlying court which sustained the Appellees' "contest" is void because the underlying court could not have granted the Appellees' requested relief if it never received the Appellees' request for relief unless it did so without regard for Hunter's Due Process rights.

In addition, please, be advised of the facts of TCTDC cause D-1-GN-13002576 which was filed within about 30 days of the underlying cause which also includes Hunter's request to proceed without prepayment of fees. And such request in TCTDC cause D-1-GN-13002576 was not contested by the adverse parties or by the TCTDC Clerk; and after about 28 months of delays inflicted by the TCTDC Clerk, the TCTDC Clerk finally issued citations and served the adverse parties with process. If Hunter's indigency status was not contested in D-1-GN-13002576, such a denial of the status in this appeal is arbitrary. Both causes arise from the same events and include the same affidavits of indigency.

Therefore, in light of these facts, Hunter asks for leave to appeal without prepayment of fees and to proceed in forma pauperis. Hunter's Affidavit in support of this motion is attached hereto.

Respectfully Submitted,

*[signature]*

Chase Carmen Hunter
Appellant, pro se
340 S. Lemon Ave #9039; Walnut, CA 91789
Tel: 707-706-3647; Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

*[signature]*

_____          ____11/04/2015____
Chase Carmen Hunter

## CERTIFICATE OF CONFERENCE

I, Chase Carmen Hunter, certify that I conferred with the adverse parties many times in writing and they have refused to respond.

*[signature]*

_____          ____11/04/2015____
Chase Carmen Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **ORIGINAL VERIFIED MOTION TO PROCEED IN *FORMA PAUPERIS* PURSUANT TEXAS RULE OF APPELLATE PROCEDURE RULE 20 ET SEQ.** was served upon the parties shown below as indicated

Cynthia A. Morales, Assistant Attorney General
By Efile on 11/04/2015
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348

Velva L. Price
Clerk of Travis County Texas District Court
By Efile on 11/04/2015

_____
Chase Carmen Hunter

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, __Chase Carmen Hunter__, am the Relator in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ n/a | $ 0 | $ n/a |
| Self-employment | $ 400 | $ n/a | $ 400 | $ n/a |
| Income from real property (such as rental income) | $ 888 | $ n/a | $ 500 | $ n/a |
| Interest and dividends | $ 0 | $ n/a | $ 0 | $ n/a |
| Gifts | $ | $ n/a | $ 0 | $ n/a |
| Alimony | $ 0 | $ n/a | $ 0 | $ n/a |
| Child Support | $ 0 | $ n/a | $ 0 | $ n/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ n/a | $ 0 | $ n/a |
| Disability (such as social security, insurance payments) | $ 0 | $ n/a | $ 0 | $ n/a |
| Unemployment payments | $ 0 | $ n/a | $ 0 | $ n/a |
| Public-assistance (such as welfare) | $ 0 | $ n/a | $ 0 | $ n/a |
| Other (specify): | $ 0 | $ n/a | $ 0 | $ n/a |
| **Total monthly income:** | $ 1288 | $ n/a | $ 900 | $ n/a |

Under penalty of perjury, I, Chase Carmen Hunter, attest that the foregoing is true and is provided in compliance with Texas R. of App. Procedure Rules 20.1(b)(1); 20.1(b)(2)  *ccHh*  11/03/2015

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| self | 340 S Lemon Ave 9039 Walnut, CA 91789 | 2001-present | $ 250-500 $ $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $ $ $ |

4. How much cash do you and your spouse have? $ 40
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo | checking | $ 6 dollars | $ n/a |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

**x** Home Value 225,000 - homestead

Both houses are fully encumbered by mortgages and the fraudulent judgment shown on the last page

**x** Other real estate Value 99,000

Virginia public officials have literally stolen this house from me and denied me rental income since 12/2014. But there is still a mortgage on it that I am paying.

☐ Motor Vehicle #1
Year, make & model
Value

☐ Motor Vehicle #2
Year, make & model
Value

☐ Other assets none
Description
Value

Under penalty of perjury, I, Chase Carmen Hunter, attest that the foregoing is true and is provided in compliance with Texas R. of App. Procedure Rules 20.1(b)(1); 20.1(b)(2); 20.1(b)(3); 20.1(b)(4); 20.1(b)(5); and 20.1(b)(7)      *cc-fu* 11/23/14

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| self | n/a | n/a |
| none | n/a | n/a |
| none | n/a | n/a |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? **x** Yes ☐ No<br>Is property insurance included? **x** Yes ☐ No | $ 1150 | n/a<br>$ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | n/a<br>$ |
| Home maintenance (repairs and upkeep) | $ 100 | n/a<br>$ |
| Food | $ 50 | n/a<br>$ |
| Clothing | $ 5 | n/a<br>$ |
| Laundry and dry-cleaning | $ 10 | n/a<br>$ |
| Medical and dental expenses | $ 40 | n/a<br>$ |

Under penalty of perjury, I, Chase Carmen Hunter, attest that the foregoing is true and is provided in compliance with Texas R. of App. Procedure Rules 20.1(b)(6) and 20.1(b)(8)

*cc Hh* 11/3/2015

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ n/a |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ 0 | $ n/a |
| Life | $ 0 | $ n/a |
| Health | $ 0 | $ n/a |
| Motor Vehicle | $ 0 | $ n/a |
| Other: _____ | $ 0 | $ n/a |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): car tax | $ 40 | n/a $ |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ | n/a $ |
| Credit card(s) | $ 200 | $ n/a |
| Department store(s) | $ 0 | $ n/a |
| Other: mortgage | $ 550 | $ n/a |
| Alimony, maintenance, and support paid to others | $ 0 | $ n/a |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ n/a |
| Other (specify): _____ | $ 0 | $ n/a |
| **Total monthly expenses:** | $ 2145 | $ n/a |

Under penalty of perjury, I, Chase Carmen Hunter, attest that the foregoing is true and is provided in compliance with Texas R. of App. Procedure Rules 20.1(b)(7) and 20.1(b)(8)

*cefh*   11/03/2015

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

  **x** Yes  ☐ No    If yes, describe on an attached sheet.

  Please, see the answer to question 12 below.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?    ☐ Yes  **x** No

  If yes, how much? _____

  If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

  ☐ Yes   **x** No

  If yes, how much? _____

  If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I am a defendant shown on a fraudulent document that looks like a valid Florida state court order from Orange County Florida Circuit Court ("OCFCC") case 2009-CA-037513 that is dated 4/12/11 that falsely states that a hearing was held, that an order was entered, & that a judgment of nearly $10,000,000 was obtained against me. The plaintiff then attempted to collect from insurance policies in Virginia where I live. The insurance companies did not respond because the OCFCC record proves the judgment document is fraudulent. The Virginia courts have abandoned all of the essential elements of law to shut me out from the courts to punish me for seeking relief from the fraudulent Florida judgment document. The OCFCC in case 2009-CA-037513 entered orders recently finding me in civil & criminal contempt of court despite the fact that I was never served with process in said case, the case was ended by default even though no defendants had been served, and I was absent and had not been summonsed to appear when I was found in contempt. The criminal contempt order fixes a punishment of about $85,000. The Florida 1st District Court of Appeals in record 12-5889 recently ruled that the civil contempt of court order is not enforceable. The City of Fredericksburg Virginia Sheriff broke into my house, under color of law, solely to arrest me on behalf of the OCFCC criminal contempt order. He caused about $500 damage. I was not in the house. I live in constant fear & danger at the hands of those in government authority who seek to hurt me, kill me, jail me, and bankrupt me only because I am a victim of fraud arising from OCFCC & sought relief from the fraud & only because I help people find insurance for their dogs that is cheaper than that which the plaintiff in OCFCC offers. These circumstances have made it nearly impossible for me to earn a living. The Defendants have acted unlawfully against me in support of the plaintiff in OCFCC case 2009-CA-037513. The record establishes this fact. The Trial Court locked me out of the Texas District Court to deny me relief. Defending these unlawful actions has made it nearly impossible for me to earn a living & I cannot obtain a loan to pay court costs.

Under penalty of perjury, I, Chase Carmen Hunter, attest that the foregoing is true and is provided in compliance with Texas R. of App. Procedure Rules 20.1(b)(7); 20.1(b)(9); 20.1(b)(10); and 20.1(b)(11).

_ee Hh_  11/03/2015